**FILED**

MAR 2 3 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR. )**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**CARLOS BRAVO-AVENDANDO,**<br><br>    Defendant. | Case No. 11CR4767-GT<br><br>**ORDER GRANTING<br>JOINT MOTION TO CONTINUE** |

**IT IS HEREBY ORDERED** that the joint motion to continue the Sentencing Hearing in this matter now scheduled for March 26, 2012, 8:30 a.m. to **May 7, 2012 at 9:30 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 3-23-12

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE